# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WANDA KEATON, | ) 1:05cv109 LJO JMD |
| | ) |
| Plaintiff, | ) ORDER ADOPTING FINDINGS AND |
| | ) RECOMMENDATION |
| v. | ) |
| | ) (Document 26) |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

On June 5, 2007, the Magistrate Judge issued Findings and Recommendation that Plaintiff's appeal from the administrative decision of the Commissioner of Social Security be denied. The Findings and Recommendation were served on all parties and contained notice that any objections to the Findings and Recommendation were to be filed within 15 days of the date of service of the order. More than 15 days have passed and no party has filed objections.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the Findings and Recommendation are supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation, issued June 5, 2007, are ADOPTED IN FULL;

1

2. The appeal is DENIED.  Judgment SHALL be entered for Defendant Michael J. Astrue, Commissioner of Social Security, and against Plaintiff Wanda Keaton;

3. This action is to be closed.

IT IS SO ORDERED.

**Dated:   June 26, 2007**                                   /s/ Lawrence J. O'Neill
                                                                              UNITED STATES DISTRICT JUDGE